**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| JANE DOE, D.O., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| v. | : | |
| | : | |
| GEORGETOWN UNIVERSITY | : | |
| MEDICAL CENTER | : | |
| 3700 Reservoir Road, N.W. | : | |
| Washington, D.C.  20007, | : | |
| | : | |
| Serve:  Kerry M. Richard | : | |
| 2000 N 15th Street | : | |
| Suite 302 | : | |
| Arlington, VA 22201 | : | |
| | : | |
| and | : | |
| | : | |
| MATTHEW D. LEVY, M.D., | : | |
| 3700 Reservoir Road, N.W. | : | |
| Washington, D.C.  20007, | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR LEAVE TO FILE UNDER PSEUDONYM

Plaintiff, through counsel HANNON LAW GROUP, respectfully moves this Court for an

Order waiving the requirements of Fed. R. Civ. P. 10(a) and Local Civil Rules 5.1(e)(1) and

11.1, and permitting her to proceed as "Jane Doe" in all filings in this case.  As grounds therefor,

Plaintiff refers the Court to accompanying Memorandum of Points and Authorities.

Dated: June 5, 2013                                  Respectfully Submitted,

                                                     HANNON LAW GROUP

                                                     J. Michael Hannon, #352526
                                                     J. Scott Hagood, #996658
                                                     1901 18th Street, NW
                                                     Washington, DC 20009
                                                     (202) 232-1907
                                                     Fax:  (202) 232-3704
                                                     jhannon@hannonlawgroup.com

                                                     *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| JANE DOE, D.O., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| v. | : | |
| | : | |
| GEORGETOWN UNIVERSITY | : | |
| MEDICAL CENTER | : | |
| 3700 Reservoir Road, N.W. | : | |
| Washington, D.C. 20007, | : | |
| | : | |
| Serve:  Kerry M. Richard | : | |
|        2000 N 15th Street | : | |
|        Suite 302 | : | |
|        Arlington, VA 22201 | : | |
| | : | |
|        and | : | |
| | : | |
| MATTHEW D. LEVY, M.D., | : | |
| 3700 Reservoir Road, N.W. | : | |
| Washington, D.C. 20007, | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN**
**SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER PSEUDONYM**

Plaintiff, through counsel HANNON LAW GROUP, respectfully submits this Memorandum of Points and Authorities in support of her Motion for Leave to File Under Pseudonym.

Federal Rule 10(a) generally requires that the title of a complaint "include the names of all parties," Fed. R. Civ. P. 10(a), and Local Rules require that the "first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." L.Cv.R. 5.1(e)(1) and 11.1.  However, "many federal courts . . . have permitted parties to proceed anonymously when special circumstances justify secrecy." *Does I Thru XXIII v. Advanced*

*Textile Corp.*, 214 F. 3d 1058,1067 (9th Cir. 2000); *Doe v. District of Columbia*, 701 F.2d 948 (D.C. Cir. 1983).

The Honorable Chief Judge Royce C. Lambeth, in writing for the District Court, has outlined the procedure to observe in matters where a litigant seeks to proceed under a pseudonym. Judge Lamberth observed that neither the Court of Appeals for the D.C. Circuit nor the U.S. District Court for the District of Columbia had "tackled the propriety of pseudonymous litigation head on." *Qualls v. Rumsfeld*, 228 F.R.D. 8, 10 (D.D.C. 2005). He indicated that the District Court had developed an "ad-hoc process", whereby the chief judge may grant leave to file a complaint under a pseudonym if the requesting litigant "makes a colorable argument in support of the request" and that this process serves to "get the case moving quickly, leaving the issue open to full, adverse litigation at a later date." *Id.*

While the public ordinarily has an interest in the identify of the litigants of a case, Ms. Doe alleges was defamed professionally by Defendants. Publishing the defamation further in court proceedings does little to advance the interest of justice or that of the public. Further, should her identity be disclosed on the record, the defamatory statements will be known to the public, and she will incur irremediable damage to her professional reputation which she is seeking to avoid by this litigation. These statements need not be unnecessarily associated with her name in papers filed herein that are of public record.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Complaint and allow Plaintiff to proceed under pseudonym "Jane Doe" to protect her from further injury subject to further order of the Court.

Dated: June 5, 2013

Respectfully Submitted,

HANNON LAW GROUP

J. Michael Hannon, #352526
J. Scott Hagood, #996658
1901 18th Street, NW
Washington, DC 20009
(202) 232-1907
Fax:  (202) 232-3704
jhannon@hannonlawgroup.com
shagood@hannonlawgroup.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| JANE DOE, D.O., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| v. | : | |
| | : | |
| GEORGETOWN UNIVERSITY | : | |
| MEDICAL CENTER | : | |
| 3700 Reservoir Road, N.W. | : | |
| Washington, D.C.  20007, | : | |
| | : | |
| Serve:  Kerry M. Richard | : | |
| 2000 N 15th Street | : | |
| Suite 302 | : | |
| Arlington, VA 22201 | : | |
| | : | |
| and | : | |
| | : | |
| MATTHEW D. LEVY, M.D., | : | |
| 3700 Reservoir Road, N.W. | : | |
| Washington, D.C.  20007, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

In consideration of Plaintiff's Motion for Leave to File Under Pseudonym, and any

opposition filed thereto, it is by the Court this _____ day of _____, 2013, hereby

**ORDERED** that the motion is **GRANTED,** without prejudice to further consideration by

the district judge to whom this matter will be assigned.

### SO ORDERED.

_____
Chief Judge Royce C. Lambeth

Copies To:

J. Michael Hannon
J. Scott Hagood
HANNON LAW GROUP
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
shagood@hannonlawgroup.com